UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| GLENDA BOONE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV9 HEA |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Plaintiff's Motion to Compel, [Doc. No. 22], and Defendant's Motion for Protective Order, [Doc. 24]. The motion to Compel is denied as premature; on July 16, 2008, the Court granted Defendant up to and including August 7, 2008 to respond to discovery.

With respect to Defendant's proposed Protective Order, the Court finds that Plaintiff's concerns are unfounded. The scope of the Order is limited to those documents which are proprietary and should be protected. Defendant is not seeking to designate all documents confidential, rather, only those which deal with traditionally protected business information. Furthermore, the Order itself provides for Court review in the event that Plaintiff believes the documents should not be so designated. Quite frankly, the Court cannot understand Plaintiff's reluctance to agree to the protective order in that it allows disclosure of Defendant's documents

for the purpose of this litigation and no other purpose.  There appears to be no other reason Plaintiff or her counsel would need these documents.  Plaintiff is only limited by the Protective Order to keep Defendant's proprietary information within the confines of this litigation. The Court is at a loss as to how, and why, Plaintiff perceives this simple and reasonable limitation as some hugely onerous sin against the Cosmos.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel, [Doc. No. 22], is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Protective Order, [Doc. 24], is **GRANTED**.

Dated this 31st day of July, 2008.


_____
    HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE