UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GLENDA BOONE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:08CV9 HEA |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties have advised the Court that they have resolved their differences with respect to the motion to enforce settlement. Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Enforce Settlement, [Doc. No. 86] is denied.

**IT IS FURTHER ORDERED** counsel shall file, within seven (7) days from the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment. Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

Dated this 21st day of October, 2009.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE